No. 05–6732.  ALLEN v. GILPIN, WARDEN.  C. A. 6th Cir.  Certiorari denied.

No. 05–6733.  ANGIANO v. CALIFORNIA.  Ct. App. Cal., 2d App. Dist.  Certiorari denied.

No. 05–6740.  GANT v. UNITED STATES.  C. A. Fed. Cir.  Certiorari denied.

No. 05–6747.  RANGEL RESENDIZ v. HODGSON, INTERIM FIELD OFFICE DIRECTOR, LOS ANGELES, IMMIGRATION AND CUSTOMS ENFORCEMENT.  C. A. 9th Cir.  Certiorari denied.

No. 05–6762.  BLOUNT v. LEAVITT, SECRETARY OF HEALTH AND HUMAN SERVICES.  C. A. 4th Cir.  Certiorari denied.

No. 05–6765.  BROWN v. NORTH CAROLINA.  Ct. App. N. C.  Certiorari denied.

No. 05–6767.  NELSON v. NEW YORK.  App. Div., Sup. Ct. N. Y., 4th Jud. Dept.  Certiorari denied.

No. 05–6774.  MARCUS v. NORTH CAROLINA.  Ct. App. N. C.  Certiorari denied.

No. 05–6788.  RICE v. MICHIGAN.  Sup. Ct. Mich.  Certiorari denied.

No. 05–6797.  CALLEJA v. VIRGINIA.  Sup. Ct. Va.  Certiorari denied.

No. 05–6811.  TILLERY v. BEARD, SECRETARY, PENNSYLVANIA DEPARTMENT OF CORRECTIONS.  C. A. 3d Cir.  Certiorari denied.

No. 05–6816.  JENNETTE v. CUNNINGHAM, SUPERINTENDENT, WOODBOURNE CORRECTIONAL FACILITY.  C. A. 2d Cir.  Certiorari denied.

No. 05–6820.  ROBERTS v. RUNNELS, WARDEN.  C. A. 9th Cir.  Certiorari denied.